# Jeffrey C. Bauman

# Proof of Income
# Filed pursuant to rule 1007-4

# 26-22746 GLT

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 03/15/2026 | 03/28/2026 | 04/03/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 81.75 | 3,924.70 | 313.98 | 1,014.62 | 207.15 | 2,388.95 |
| YTD | 504.50 | 29,135.67 | 2,568.27 | 7,012.77 | 1,429.25 | 18,575.38 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| ER Parking/Transit Contribution | | | 0 | | 450.00 |
| Holiday | | | 0 | | 1,128.80 |
| Hourly Pay | 03/15/2026 - 03/28/2026 | 80 | 47.5 | 3,800.00 | 23,759.71 |
| Memo - OT Premium from TT for | 03/15/2026 - 03/28/2026 | 1.75 | 23.75 | 41.57 | 71.27 |
| Overtime | 03/15/2026 - 03/28/2026 | 1.75 | 71.25 | 124.70 | 249.41 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 1,647.75 |
| Parking Reimbursement | | | 0 | | 450.00 |
| Earnings | | | | 3,966.27 | 29,656.94 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 245.20 | 1,791.60 |
| Medicare | 57.34 | 419.00 |
| Federal Withholding | 546.38 | 3,591.67 |
| State Tax - PA | 121.41 | 887.13 |
| SUI-Employee Paid - PA | 2.74 | 20.39 |
| City Tax - PITTS | 39.55 | 288.98 |
| PA LST - PITTS | 2.00 | 14.00 |
| Employee Taxes | 1,014.62 | 7,012.77 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 313.98 | 2,118.27 |
| Pretax Parking | | 450.00 |
| Pre Tax Deductions | 313.98 | 2,568.27 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 1,304.45 |
| United Way | 20.80 | 124.80 |
| Post Tax Deductions | 207.15 | 1,429.25 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 117.74 | 874.04 |
| Group Term Life | 30.16 | 211.12 |
| Long Term Disability - Staff | 11.02 | 77.14 |
| Employer Paid Benefits | 158.92 | 1,162.30 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,954.86 | 28,896.79 |
| Medicare - Taxable Wages | 3,954.86 | 28,896.79 |
| Federal Withholding - Taxable Wages | 3,640.88 | 26,778.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 463.95 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 03/29/2026 | 04/11/2026 | 04/17/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 68.00 | 3,950.00 | 466.00 | 972.17 | 207.15 | 2,454.68 |
| YTD | 572.50 | 33,085.67 | 3,034.27 | 7,984.94 | 1,636.40 | 21,030.06 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| ER Parking/Transit Contribution | 03/29/2026 - 04/11/2026 | 0 | 0 | 150.00 | 600.00 |
| Holiday | | | 0 | | 1,128.80 |
| Hourly Pay | 03/29/2026 - 04/11/2026 | 68 | 47.5 | 3,230.00 | 26,989.71 |
| Memo - OT Premium from TT for | | | 0 | | 71.27 |
| Overtime | | | 0 | | 249.41 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | 03/29/2026 - 04/11/2026 | 12 | 47.5 | 570.00 | 2,217.75 |
| Parking Reimbursement | 03/29/2026 - 04/11/2026 | 0 | 0 | 150.00 | 600.00 |
| Earnings | | | | 4,100.00 | 33,756.94 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 237.47 | 2,029.07 |
| Medicare | 55.54 | 474.54 |
| Federal Withholding | 518.50 | 4,110.17 |
| State Tax - PA | 117.59 | 1,004.72 |
| SUI-Employee Paid - PA | 2.77 | 23.16 |
| City Tax - PITTS | 38.30 | 327.28 |
| PA LST - PITTS | 2.00 | 16.00 |
| Employee Taxes | 972.17 | 7,984.94 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 316.00 | 2,434.27 |
| Pretax Parking | 150.00 | 600.00 |
| Pre Tax Deductions | 466.00 | 3,034.27 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 1,490.80 |
| United Way | 20.80 | 145.60 |
| Post Tax Deductions | 207.15 | 1,636.40 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 118.50 | 992.54 |
| Group Term Life | 30.16 | 241.28 |
| Long Term Disability - Staff | 11.02 | 88.16 |
| Employer Paid Benefits | 159.68 | 1,321.98 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,830.16 | 32,726.95 |
| Medicare - Taxable Wages | 3,830.16 | 32,726.95 |
| Federal Withholding - Taxable Wages | 3,514.16 | 30,292.68 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 529.68 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 04/12/2026 | 04/25/2026 | 05/01/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.25 | 3,817.82 | 305.43 | 980.41 | 207.15 | 2,324.83 |
| YTD | 647.75 | 36,903.49 | 3,339.70 | 8,965.35 | 1,843.55 | 23,354.89 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | 04/12/2026 - 04/25/2026 | 5 | 47.5 | 237.50 | 237.50 |
| ER Parking/Transit Contribution | | | 0 | | 600.00 |
| Holiday | | | 0 | | 1,128.80 |
| Hourly Pay | 04/12/2026 - 04/25/2026 | 75 | 47.5 | 3,562.50 | 30,552.21 |
| Memo - OT Premium from TT for | 04/12/2026 - 04/18/2026 | 0.25 | 23.75 | 5.94 | 77.21 |
| Overtime | 04/12/2026 - 04/18/2026 | 0.25 | 71.25 | 17.82 | 267.23 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,217.75 |
| Parking Reimbursement | | | 0 | | 600.00 |
| Earnings | | | | 3,823.76 | 37,580.70 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 238.58 | 2,267.65 |
| Medicare | 55.80 | 530.34 |
| Federal Withholding | 524.75 | 4,634.92 |
| State Tax - PA | 118.13 | 1,122.85 |
| SUI-Employee Paid - PA | 2.67 | 25.83 |
| City Tax - PITTS | 38.48 | 365.76 |
| PA LST - PITTS | 2.00 | 18.00 |
| Employee Taxes | 980.41 | 8,965.35 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 305.43 | 2,739.70 |
| Pretax Parking | | 600.00 |
| Pre Tax Deductions | 305.43 | 3,339.70 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 1,677.15 |
| United Way | 20.80 | 166.40 |
| Post Tax Deductions | 207.15 | 1,843.55 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 114.53 | 1,107.07 |
| Group Term Life | 30.16 | 271.44 |
| Long Term Disability - Staff | 11.02 | 99.18 |
| Employer Paid Benefits | 155.71 | 1,477.69 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,847.98 | 36,574.93 |
| Medicare - Taxable Wages | 3,847.98 | 36,574.93 |
| Federal Withholding - Taxable Wages | 3,542.55 | 33,835.23 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 399.83 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 04/26/2026 | 05/09/2026 | 05/15/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.75 | 3,841.57 | 307.33 | 988.00 | 207.15 | 2,339.09 |
| YTD | 712.50 | 40,745.06 | 3,647.03 | 9,953.35 | 2,050.70 | 25,693.98 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | 04/26/2026 - 05/09/2026 | 16 | 47.5 | 760.00 | 997.50 |
| ER Parking/Transit Contribution | | | 0 | | 600.00 |
| Holiday | | | 0 | | 1,128.80 |
| Hourly Pay | 04/26/2026 - 05/09/2026 | 64.5 | 47.5 | 3,063.75 | 33,615.96 |
| Memo - OT Premium from TT for | 05/03/2026 - 05/09/2026 | 0.25 | 23.75 | 5.94 | 83.15 |
| Overtime | 05/03/2026 - 05/09/2026 | 0.25 | 71.25 | 17.82 | 285.05 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,217.75 |
| Parking Reimbursement | | | 0 | | 600.00 |
| Earnings | | | | 3,847.51 | 41,428.21 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 240.04 | 2,507.69 |
| Medicare | 56.14 | 586.48 |
| Federal Withholding | 529.55 | 5,164.47 |
| State Tax - PA | 118.86 | 1,241.71 |
| SUI-Employee Paid - PA | 2.69 | 28.52 |
| City Tax - PITTS | 38.72 | 404.48 |
| PA LST - PITTS | 2.00 | 20.00 |
| Employee Taxes | 988.00 | 9,953.35 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 307.33 | 3,047.03 |
| Pretax Parking | | 600.00 |
| Pre Tax Deductions | 307.33 | 3,647.03 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 1,863.50 |
| United Way | 20.80 | 187.20 |
| Post Tax Deductions | 207.15 | 2,050.70 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 115.24 | 1,222.31 |
| Group Term Life | 30.16 | 301.60 |
| Long Term Disability - Staff | 11.02 | 110.20 |
| Employer Paid Benefits | 156.42 | 1,634.11 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,871.73 | 40,446.66 |
| Medicare - Taxable Wages | 3,871.73 | 40,446.66 |
| Federal Withholding - Taxable Wages | 3,564.40 | 37,399.63 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 414.09 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 05/10/2026 | 05/23/2026 | 05/29/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.75 | 3,985.63 | 468.86 | 983.57 | 207.15 | 2,476.05 |
| YTD | 785.25 | 44,730.69 | 4,115.89 | 10,936.92 | 2,257.85 | 28,170.03 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | 05/10/2026 - 05/23/2026 | 0 | 0 | 150.00 | 750.00 |
| Holiday | | | 0 | | 1,128.80 |
| Hourly Pay | 05/10/2026 - 05/23/2026 | 72.75 | 47.5 | 3,455.63 | 37,071.59 |
| Memo - OT Premium from TT for | | | 0 | | 83.15 |
| Overtime | | | 0 | | 285.05 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | 05/10/2026 - 05/23/2026 | 8 | 47.5 | 380.00 | 2,597.75 |
| Parking Reimbursement | 05/10/2026 - 05/23/2026 | 0 | 0 | 150.00 | 750.00 |
| Earnings | | | | 4,135.63 | 45,563.84 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 239.68 | 2,747.37 |
| Medicare | 56.05 | 642.53 |
| Federal Withholding | 525.71 | 5,690.18 |
| State Tax - PA | 118.68 | 1,360.39 |
| SUI-Employee Paid - PA | 2.79 | 31.31 |
| City Tax - PITTS | 38.66 | 443.14 |
| PA LST - PITTS | 2.00 | 22.00 |
| Employee Taxes | 983.57 | 10,936.92 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 318.86 | 3,365.89 |
| Pretax Parking | 150.00 | 750.00 |
| Pre Tax Deductions | 468.86 | 4,115.89 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 2,049.85 |
| United Way | 20.80 | 208.00 |
| Post Tax Deductions | 207.15 | 2,257.85 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 119.56 | 1,341.87 |
| Group Term Life | 30.16 | 331.76 |
| Long Term Disability - Staff | 11.02 | 121.22 |
| Employer Paid Benefits | 160.74 | 1,794.85 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,865.79 | 44,312.45 |
| Medicare - Taxable Wages | 3,865.79 | 44,312.45 |
| Federal Withholding - Taxable Wages | 3,546.93 | 40,946.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 551.05 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 05/24/2026 | 06/06/2026 | 06/12/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 73.00 | 3,847.50 | 307.80 | 989.91 | 207.15 | 2,342.64 |
| YTD | 858.25 | 48,578.19 | 4,423.69 | 11,926.83 | 2,465.00 | 30,512.67 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | | | 0 | | 750.00 |
| Holiday | 05/24/2026 - 06/06/2026 | 8 | 47.5 | 380.00 | 1,508.80 |
| Hourly Pay | 05/24/2026 - 06/06/2026 | 73 | 47.5 | 3,467.50 | 40,539.09 |
| Memo - OT Premium from TT fo | | | 0 | | 83.15 |
| Overtime | | | 0 | | 285.05 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,597.75 |
| Parking Reimbursement | | | 0 | | 750.00 |
| Earnings | | | | 3,847.50 | 49,411.34 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 240.42 | 2,987.79 |
| Medicare | 56.23 | 698.76 |
| Federal Withholding | 530.75 | 6,220.93 |
| State Tax - PA | 119.04 | 1,479.43 |
| SUI-Employee Paid - PA | 2.69 | 34.00 |
| City Tax - PITTS | 38.78 | 481.92 |
| PA LST - PITTS | 2.00 | 24.00 |
| Employee Taxes | 989.91 | 11,926.83 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 307.80 | 3,673.69 |
| Pretax Parking | | 750.00 |
| Pre Tax Deductions | 307.80 | 4,423.69 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 2,236.20 |
| United Way | 20.80 | 228.80 |
| Post Tax Deductions | 207.15 | 2,465.00 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 115.42 | 1,457.29 |
| Group Term Life | 30.16 | 361.92 |
| Long Term Disability - Staff | 11.02 | 132.24 |
| Employer Paid Benefits | 156.60 | 1,951.45 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,877.66 | 48,190.11 |
| Medicare - Taxable Wages | 3,877.66 | 48,190.11 |
| Federal Withholding - Taxable Wages | 3,569.86 | 44,516.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 417.64 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 06/07/2026 | 06/20/2026 | 06/26/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 82.75 | 4,145.95 | 481.68 | 1,034.93 | 207.15 | 2,572.19 |
| YTD | 941.00 | 52,724.14 | 4,905.37 | 12,961.76 | 2,672.15 | 33,084.86 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | 06/07/2026 - 06/20/2026 | 0 | 0 | 150.00 | 900.00 |
| Holiday | | | 0 | | 1,508.80 |
| Hourly Pay | 06/07/2026 - 06/20/2026 | 80 | 47.5 | 3,800.00 | 44,339.09 |
| Memo - OT Premium from TT for | 06/07/2026 - 06/20/2026 | 2.75 | 23.75 | 65.32 | 148.47 |
| Overtime | 06/07/2026 - 06/20/2026 | 2.75 | 71.25 | 195.95 | 481.00 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,597.75 |
| Parking Reimbursement | 06/07/2026 - 06/20/2026 | 0 | 0 | 150.00 | 900.00 |
| Earnings | | | | 4,361.27 | 53,772.61 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 249.62 | 3,237.41 |
| Medicare | 58.38 | 757.14 |
| Federal Withholding | 558.16 | 6,779.09 |
| State Tax - PA | 123.60 | 1,603.03 |
| SUI-Employee Paid - PA | 2.91 | 36.91 |
| City Tax - PITTS | 40.26 | 522.18 |
| PA LST - PITTS | 2.00 | 26.00 |
| Employee Taxes | 1,034.93 | 12,961.76 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 331.68 | 4,005.37 |
| Pretax Parking | 150.00 | 900.00 |
| Pre Tax Deductions | 481.68 | 4,905.37 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 2,422.55 |
| United Way | 20.80 | 249.60 |
| Post Tax Deductions | 207.15 | 2,672.15 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 124.37 | 1,581.66 |
| Group Term Life | 30.16 | 392.08 |
| Long Term Disability - Staff | 11.02 | 143.26 |
| Employer Paid Benefits | 165.55 | 2,117.00 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,026.11 | 52,216.22 |
| Medicare - Taxable Wages | 4,026.11 | 52,216.22 |
| Federal Withholding - Taxable Wages | 3,694.43 | 48,210.85 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 647.19 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 06/21/2026 | 07/04/2026 | 07/10/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 70.50 | 3,823.75 | 305.90 | 982.30 | 207.15 | 2,328.40 |
| YTD | 1,011.50 | 56,547.89 | 5,211.27 | 13,944.06 | 2,879.30 | 35,413.26 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | | | 0 | | 900.00 |
| Holiday | 06/21/2026 - 07/04/2026 | 8 | 47.5 | 380.00 | 1,888.80 |
| Hourly Pay | 06/21/2026 - 07/04/2026 | 70.5 | 47.5 | 3,348.75 | 47,687.84 |
| Memo - OT Premium from TT for | | | 0 | | 148.47 |
| Office Closure | 06/21/2026 - 07/04/2026 | 2 | 47.5 | 95.00 | 95.00 |
| Overtime | | | 0 | | 481.00 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,597.75 |
| Parking Reimbursement | | | 0 | | 900.00 |
| Earnings | | | | 3,823.75 | 57,596.36 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 238.94 | 3,476.35 |
| Medicare | 55.88 | 813.02 |
| Federal Withholding | 525.95 | 7,305.04 |
| State Tax - PA | 118.32 | 1,721.35 |
| SUI-Employee Paid - PA | 2.67 | 39.58 |
| City Tax - PITTS | 38.54 | 560.72 |
| PA LST - PITTS | 2.00 | 28.00 |
| Employee Taxes | 982.30 | 13,944.06 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 305.90 | 4,311.27 |
| Pretax Parking | | 900.00 |
| Pre Tax Deductions | 305.90 | 5,211.27 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 2,608.90 |
| United Way | 20.80 | 270.40 |
| Post Tax Deductions | 207.15 | 2,879.30 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 114.71 | 1,696.37 |
| Group Term Life | 30.16 | 422.24 |
| Long Term Disability - Staff | 11.02 | 154.28 |
| Employer Paid Benefits | 155.89 | 2,272.89 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,853.91 | 56,070.13 |
| Medicare - Taxable Wages | 3,853.91 | 56,070.13 |
| Federal Withholding - Taxable Wages | 3,548.01 | 51,758.86 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 403.40 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 07/05/2026 | 07/18/2026 | 07/24/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.25 | 3,967.82 | 467.43 | 977.86 | 207.15 | 2,465.38 |
| YTD | 1,091.75 | 60,515.71 | 5,678.70 | 14,921.92 | 3,086.45 | 37,878.64 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | 07/05/2026 - 07/18/2026 | 0 | 0 | 150.00 | 1,050.00 |
| Holiday | | | 0 | | 1,888.80 |
| Hourly Pay | 07/05/2026 - 07/18/2026 | 80 | 47.5 | 3,800.00 | 51,487.84 |
| Memo - OT Premium from TT for | 07/12/2026 - 07/18/2026 | 0.25 | 23.75 | 5.94 | 154.41 |
| Office Closure | | | 0 | | 95.00 |
| Overtime | 07/12/2026 - 07/18/2026 | 0.25 | 71.25 | 17.82 | 498.82 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,597.75 |
| Parking Reimbursement | 07/05/2026 - 07/18/2026 | 0 | 0 | 150.00 | 1,050.00 |
| Earnings | | | | 4,123.76 | 61,720.12 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 238.57 | 3,714.92 |
| Medicare | 55.79 | 868.81 |
| Federal Withholding | 522.11 | 7,827.15 |
| State Tax - PA | 118.13 | 1,839.48 |
| SUI-Employee Paid - PA | 2.78 | 42.36 |
| City Tax - PITTS | 38.48 | 599.20 |
| PA LST - PITTS | 2.00 | 30.00 |
| Employee Taxes | 977.86 | 14,921.92 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 317.43 | 4,628.70 |
| Pretax Parking | 150.00 | 1,050.00 |
| Pre Tax Deductions | 467.43 | 5,678.70 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 2,795.25 |
| United Way | 20.80 | 291.20 |
| Post Tax Deductions | 207.15 | 3,086.45 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 119.03 | 1,815.40 |
| Group Term Life | 30.16 | 452.40 |
| Long Term Disability - Staff | 11.02 | 165.30 |
| Employer Paid Benefits | 160.21 | 2,433.10 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,847.98 | 59,918.11 |
| Medicare - Taxable Wages | 3,847.98 | 59,918.11 |
| Federal Withholding - Taxable Wages | 3,530.55 | 55,289.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 540.38 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 07/19/2026 | 08/01/2026 | 08/07/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,800.00 | 304.00 | 974.70 | 207.15 | 2,314.15 |
| YTD | 1,163.75 | 64,315.71 | 5,982.70 | 15,896.62 | 3,293.60 | 40,192.79 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | | | 0 | | 1,050.00 |
| Holiday | | | 0 | | 1,888.80 |
| Hourly Pay | 07/19/2026 - 08/01/2026 | 72 | 47.5 | 3,420.00 | 54,907.84 |
| Memo - OT Premium from TT for | | | 0 | | 154.41 |
| Office Closure | | | 0 | | 95.00 |
| Overtime | | | 0 | | 498.82 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | 07/19/2026 - 08/01/2026 | 8 | 47.5 | 380.00 | 2,977.75 |
| Parking Reimbursement | | | 0 | | 1,050.00 |
| Earnings | | | | 3,800.00 | 65,520.12 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 237.47 | 3,952.39 |
| Medicare | 55.54 | 924.35 |
| Federal Withholding | 521.14 | 8,348.29 |
| State Tax - PA | 117.59 | 1,957.07 |
| SUI-Employee Paid - PA | 2.66 | 45.02 |
| City Tax - PITTS | 38.30 | 637.50 |
| PA LST - PITTS | 2.00 | 32.00 |
| Employee Taxes | 974.70 | 15,896.62 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 304.00 | 4,932.70 |
| Pretax Parking | | 1,050.00 |
| Pre Tax Deductions | 304.00 | 5,982.70 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 2,981.60 |
| United Way | 20.80 | 312.00 |
| Post Tax Deductions | 207.15 | 3,293.60 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 114.00 | 1,929.40 |
| Group Term Life | 30.16 | 482.56 |
| Long Term Disability - Staff | 11.02 | 176.32 |
| Employer Paid Benefits | 155.18 | 2,588.28 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,830.16 | 63,748.27 |
| Medicare - Taxable Wages | 3,830.16 | 63,748.27 |
| Federal Withholding - Taxable Wages | 3,526.16 | 58,815.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 389.15 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 08/02/2026 | 08/15/2026 | 08/21/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,950.00 | 466.00 | 972.17 | 207.15 | 2,454.68 |
| YTD | 1,243.75 | 68,265.71 | 6,448.70 | 16,868.79 | 3,500.75 | 42,647.47 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | 08/02/2026 - 08/15/2026 | 0 | 0 | 150.00 | 1,200.00 |
| Holiday | | | 0 | | 1,888.80 |
| Hourly Pay | 08/02/2026 - 08/15/2026 | 80 | 47.5 | 3,800.00 | 58,707.84 |
| Memo - OT Premium from TT for | | | 0 | | 154.41 |
| Office Closure | | | 0 | | 95.00 |
| Overtime | | | 0 | | 498.82 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 2,977.75 |
| Parking Reimbursement | 08/02/2026 - 08/15/2026 | 0 | 0 | 150.00 | 1,200.00 |
| Earnings | | | | 4,100.00 | 69,620.12 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 237.47 | 4,189.86 |
| Medicare | 55.54 | 979.89 |
| Federal Withholding | 518.50 | 8,866.79 |
| State Tax - PA | 117.59 | 2,074.66 |
| SUI-Employee Paid - PA | 2.77 | 47.79 |
| City Tax - PITTS | 38.30 | 675.80 |
| PA LST - PITTS | 2.00 | 34.00 |
| Employee Taxes | 972.17 | 16,868.79 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Elective | 316.00 | 5,248.70 |
| Pretax Parking | 150.00 | 1,200.00 |
| Pre Tax Deductions | 466.00 | 6,448.70 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Group Whole Life Employee | 186.35 | 3,167.95 |
| United Way | 20.80 | 332.80 |
| Post Tax Deductions | 207.15 | 3,500.75 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401K ER Match | 118.50 | 2,047.90 |
| Group Term Life | 30.16 | 512.72 |
| Long Term Disability - Staff | 11.02 | 187.34 |
| Employer Paid Benefits | 159.68 | 2,747.96 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 3,830.16 | 67,578.43 |
| Medicare - Taxable Wages | 3,830.16 | 67,578.43 |
| Federal Withholding - Taxable Wages | 3,514.16 | 62,329.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 529.68 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 08/16/2026 | 08/29/2026 | 09/04/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 3,800.00 | 304.00 | 974.69 | 207.15 | 2,314.16 |
| YTD | 1,283.75 | 72,065.71 | 6,752.70 | 17,843.48 | 3,707.90 | 44,961.63 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | | | 0 | | 1,200.00 |
| Holiday | | | 0 | | 1,888.80 |
| Hourly Pay | 08/23/2026 - 08/29/2026 | 40 | 47.5 | 1,900.00 | 60,607.84 |
| Memo - OT Premium from TT for | | | 0 | | 154.41 |
| Office Closure | | | 0 | | 95.00 |
| Overtime | | | 0 | | 498.82 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | 08/16/2026 - 08/29/2026 | 40 | 47.5 | 1,900.00 | 4,877.75 |
| Parking Reimbursement | | | 0 | | 1,200.00 |
| Earnings | | | | 3,800.00 | 73,420.12 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 237.47 | 4,427.33 |
| Medicare | 55.53 | 1,035.42 |
| Federal Withholding | 521.14 | 9,387.93 |
| State Tax - PA | 117.59 | 2,192.25 |
| SUI-Employee Paid - PA | 2.66 | 50.45 |
| City Tax - PITTS | 38.30 | 714.10 |
| PA LST - PITTS | 2.00 | 36.00 |
| Employee Taxes | 974.69 | 17,843.48 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 304.00 | 5,552.70 |
| Pretax Parking | | 1,200.00 |
| Pre Tax Deductions | 304.00 | 6,752.70 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 3,354.30 |
| United Way | 20.80 | 353.60 |
| Post Tax Deductions | 207.15 | 3,707.90 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 114.00 | 2,161.90 |
| Group Term Life | 30.16 | 542.88 |
| Long Term Disability - Staff | 11.02 | 198.36 |
| Employer Paid Benefits | 155.18 | 2,903.14 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,830.16 | 71,408.59 |
| Medicare - Taxable Wages | 3,830.16 | 71,408.59 |
| Federal Withholding - Taxable Wages | 3,526.16 | 65,855.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 389.16 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |

Clark Hill PLC 500 Woodward Avenue Suite 3500 Detroit, MI 48226 +1 (313) 9658300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Bauman | Clark Hill PLC | [redacted] | 08/30/2026 | 09/12/2026 | 09/18/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,950.00 | 628.50 | 917.27 | 207.15 | 2,347.08 |
| YTD | 1,355.75 | 76,015.71 | 7,381.20 | 18,760.75 | 3,915.05 | 47,308.71 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 997.50 |
| ER Parking/Transit Contribution | 08/30/2026 - 09/12/2026 | 0 | 0 | 150.00 | 1,350.00 |
| Holiday | 08/30/2026 - 09/12/2026 | 8 | 47.5 | 380.00 | 2,268.80 |
| Hourly Pay | 08/30/2026 - 09/12/2026 | 72 | 47.5 | 3,420.00 | 64,027.84 |
| Memo - OT Premium from TT for | | | 0 | | 154.41 |
| Office Closure | | | 0 | | 95.00 |
| Overtime | | | 0 | | 498.82 |
| PTO Payout | | | 0 | | 1,900.00 |
| Paid Time Off | | | 0 | | 4,877.75 |
| Parking Reimbursement | 08/30/2026 - 09/12/2026 | 0 | 0 | 150.00 | 1,350.00 |
| Earnings | | | | 4,100.00 | 77,520.12 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 227.40 | 4,654.73 |
| Medicare | 53.19 | 1,088.61 |
| Federal Withholding | 482.75 | 9,870.68 |
| State Tax - PA | 112.60 | 2,304.85 |
| SUI-Employee Paid - PA | 2.65 | 53.10 |
| City Tax - PITTS | 36.68 | 750.78 |
| PA LST - PITTS | 2.00 | 38.00 |
| Employee Taxes | 917.27 | 18,760.75 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401(k) Elective | 316.00 | 5,868.70 |
| Commuter Parking - Pre-tax | 162.50 | 162.50 |
| Pretax Parking | 150.00 | 1,350.00 |
| Pre Tax Deductions | 628.50 | 7,381.20 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Group Whole Life Employee | 186.35 | 3,540.65 |
| United Way | 20.80 | 374.40 |
| Post Tax Deductions | 207.15 | 3,915.05 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| 401K ER Match | 118.50 | 2,280.40 |
| Group Term Life | 30.16 | 573.04 |
| Long Term Disability - Staff | 11.02 | 209.38 |
| Employer Paid Benefits | 159.68 | 3,062.82 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,667.66 | 75,076.25 |
| Medicare - Taxable Wages | 3,667.66 | 75,076.25 |
| Federal Withholding - Taxable Wages | 3,351.66 | 69,207.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 85 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Key Bank | JCB | ******8835 | | 1,075.00 | USD |
| Northwest Savings Bank | NWSB | ******5488 | | 422.08 | USD |
| 1st Commonwealth | 1st C | ******7339 | | 850.00 | USD |